No. 00–311. SAUNDERS *v.* HASTERT ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–315. RATELLE, WARDEN, ET AL. *v.* PROTOPAPPAS. C. A. 9th Cir. Certiorari denied.

No. 00–319. SCHOTTLER *v.* WISCONSIN ET AL. C. A. 7th Cir. Certiorari denied.

No. 00–321. TAO WANG *v.* WILLIAM BEAUMONT HOSPITAL. C. A. 6th Cir. Certiorari denied.

No. 00–332. HUGHLEY *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 00–334. SOO LINE RAILROAD CO. *v.* WALKER. C. A. 7th Cir. Certiorari denied.

No. 00–336. HICKMAN *v.* BAESEL ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 00–355. McCRANIE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–363. CERRATO SOLANO ET AL. *v.* GULF KING 55, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–369. LANIER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 00–374. ABRAMS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 00–378. JOHNSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–397. GROUP DATA SERVICES, INC. *v.* LINTON ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–5053. EMERSON *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 00–5084. MOORE *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.